# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case No. 3:15-cv-00552-RJC-DSC

| | |
|---|---|
| POLYGROUP MACAU LIMITED (BVI),<br><br>Plaintiff,<br><br>v.<br><br>WILLIS ELECTRIC CO., LTD.,<br><br>Defendant. | ORDER |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Dwight G. Rabuse and Larina A. Alton]" (documents ##11 and 12). For the reasons stated therein, the Motions will be <u>granted</u>.

**SO ORDERED**.

Signed: January 21, 2016

_____
David S. Cayer
United States Magistrate Judge