UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00552-RJC-DSC

| | |
|---|---|
| POLYGROUP MACAU LIMITED (BVI), ) ) ) Plaintiff/Counter Defendant, ) ) v. ) ) ) WILLIS ELECTRIC CO., LTD., ) ) Defendant/Counter Claimant. ) ) | **ORDER** |

**THIS MATTER** comes before the Court sua sponte upon the filing of the Certification of Initial Attorneys' Conference ("CIAC"). (Doc. No. 35). The Court has reviewed the CIAC and notes Plaintiff's request for a conference with the Court to address discovery issues.

**IT IS, THEREFORE, ORDERED** that, pursuant to the Court's standing orders regarding referrals to Magistrate Judges, (No. 3:09-mc-45, Doc. No. 1; No. 3:05-mc-268, Doc. No. 1), the undersigned hereby **REFERS** this matter to the Magistrate Judge to conduct the requested conference and issue the Claim Construction Scheduling Order.

Signed: May 20, 2016

_____
Robert J. Conrad, Jr.
United States District Judge