# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-00552-RJC-DSC

| | |
|---|---|
| POLYGROUP MACAU LIMITED (BVI), | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| WILLIS ELECTRIC CO., LTD., | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Christopher J. Forstner]" (document # 65) filed May 22, 2017. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: May 22, 2017

David S. Cayer
United States Magistrate Judge