IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| POLYGROUP MACAU LIMITED (BVI), | Civil Action No. 3:15-cv-552-RJC-DSC |
| Plaintiff, | |
| v. | |
| WILLIS ELECTRIC CO., LTD., | |
| Defendant. | |

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING *INTER PARTES* REVIEW

This matter is before the Court upon the parties' Joint Motion to Stay Proceedings Pending *Inter Partes* Review (Doc. 69). There being no objections and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED** and that this proceeding is hereby stayed, with the exception that Willis Electric will be allowed to bring a non-dispositive motion within forty-five days of the date hereof. The Parties shall file separate status reports within ten days of a decision by the Patent Trial and Appeal Board on the pending *inter partes* review proceedings.

**SO ORDERED**.

Signed: June 7, 2017

David S. Cayer
United States Magistrate Judge

1