UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00552-RJC-DSC

| POLYGROUP MACAU LIMITED (BVI), | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| WILLIS ELECTRIC CO., LTD., | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on Plaintiff Polygroup Macau Limited (BVI) and Defendant Willis Electric Co., Ltd.'s Stipulated Motion to Dismiss with Prejudice. (Doc. No. 80.) Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties move for an order dismissing all claims and counterclaims asserted in this action with prejudice.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff and Defendant's Stipulated Motion to Dismiss with Prejudice, (Doc. No. 80), is **GRANTED**;

2. Each party shall bear its own costs, expenses, and attorney's fees;

3. Plaintiff's Motion for Partial Summary Judgment, (Doc. Nos. 43–44), is **DENIED as moot**; and

4. The Clerk of Court is directed to close this case.

Signed: January 23, 2020

Robert J. Conrad, Jr.
United States District Judge